# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 12-04736    CCJ    Judge: Cynthia C. Jackson | Trustee Name: | MARIE E. HENKEL |
| Case Name: | John Michael Eddy | Date Filed (f) or Converted (c): | 04/09/2012 (f) |
| | Nancy Elizabeth Eddy | 341(a) Meeting Date: | 05/08/2012 |
| For Period Ending: | 09/30/2015 | Claims Bar Date: | 11/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE AND IMPROVEMENTS LOCATED AT: 2 BROADC | 436,000.00 | 0.00 | | 0.00 | FA |
| 2. LAND: 2 VACANT LOTS LOCATION: 305 AIRPORT RD. ORMO | 575,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT: SUNTRUST ENDING IN #6047 LOCATI | 4,650.33 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT: SPACE COAST CREDIT UNION ENDING | 467.25 | 467.25 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT: SPACE COAST CREDIT UNION ENDING I | 296.84 | 296.84 | | 0.00 | FA |
| 6. CHECKING ACCOUNT: NORTHERN TRUST ENDING IN #8459 | 1,976.41 | 1,976.41 | | 0.00 | FA |
| 7. CHECKING ACCOUNT: NORTHERN TRUST CHECKING | 0.00 | 29,812.54 | | 17,780.00 | FA |
| 8. APPLIANCES: 2 REFRIGERATORS,1 FREEZER | 150.00 | 150.00 | | 150.00 | FA |
| 9. HOUSEHOLD GOODS | 7,070.00 | 7,070.00 | | 7,070.00 | FA |
| 10. CLOTHES: INCLUDED IN THE APPRAISAL LOCATION: 2 BRO | 0.00 | 0.00 | | 0.00 | FA |
| 11. JEWELRY | 15,430.00 | 10,080.33 | | 10,000.00 | FA |
| 12. EDUCATION IRA: 529 COLLEGE SAVINGS PLAN, SELF AND | 102,594.36 | 0.00 | | 0.00 | FA |
| 13. NORTHERN TRUST IRA ACCOUNT | 430,000.00 | 0.00 | | 0.00 | FA |
| 14. MCDONALD'S IRA ACCOUNT | 23,346.33 | 0.00 | | 0.00 | FA |
| 15. 50% INTEREST IN THE BROTHERS MILL | 0.00 | 2,500,000.00 | | 456,565.36 | 2,043,434.64 |
| 16. ANIMALS: 2 DOGS LOCATION: 2 BROADCREEK CIRCLE ORMO | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2011 TAX REFUND                      (u) | 0.00 | 46,405.39 | | 46,405.39 | FA |
| 18. 23,000 shares of Gateway Financial Holdings of Florida, Inc. | 0.00 | 207,000.00 | | 0.00 | 207,000.00 |
| 19. GATEWAY STOCK DIVIDEND (u) | 0.00 | 1,840.00 | | 1,840.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-04736 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | MARIE E. HENKEL |
|---|---|---|---|---|---|---|
| Case Name: | John Michael Eddy | | | | Date Filed (f) or Converted (c): | 04/09/2012 (f) |
| | Nancy Elizabeth Eddy | | | | 341(a) Meeting Date: | 05/08/2012 |
| For Period Ending: | 09/30/2015 | | | | Claims Bar Date: | 11/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)　　　　　　　　$1,596,981.52　　　　$2,805,098.76　　　　　　　　　　$539,810.75　　　　$2,250,434.64
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is negotiating buyback with debtor and investigating fraudulent transfers
08/08/12 Application to employ counsel for the estate
08/13/12 Order authorizing employment of counsel for the estate
08/14/12 Notice of Assets
03/21/13 Motion by debtor to continue continued meeting of creditors
11/06/12 Motion for turnover of assets # 7 - 9 & 11, and for financial records
04/04/13 Order granting turnover
07/19/13 Adversary vs. Brothers Mill Ltd. 13-ap-00112 for turnover of property & fraudulent transfer
07/22/13 Adversary vs, Frank Eddy, Nancy Eddy & Dean Thomas 13-ap-00115 for turnover, fraudulent transfer & preference
09/20/13 Application for interim compensation of special counsel
12/16/13 Order allowing interim compensation for special counsel
01/02/14 Trustee's Objection to exemptions
01/13/14 Debtors' Motion to convert to Ch. 11
3 day trail in Feb., 2014 - pending Court's ruling
01/12/15 Trustee's Objection to Exemption of asset # 13 overruled
01/16/15 Order modifying Injunction to allow for sale of Granada property
04/03/15 Order finding in favor of trustee on fraudulent transfer of assets to Brothers Mill
04/13/15 Application to employ CPA
04/23/15 Order authorizing employment of CPA
05/29/15 Order allowing sale of 2nd Granada property (titled in the name of Eddy Properties LLC)
06/10/15 Second Application for interim compensation of special counsel
07/23/15 Order allowing second interim compensation to special counsel
08/11/15 Objection to Claim No. 9
08/20/15 Motion to approve Sale of asset # 18
09/01/15 Application to employ realtor
09/02/15 Order authorizing employment of realtor
09/28/15 Order granting Motion to approve sale of asset # 18
10/17/15 Notice of Final Evidentiary Hearing on Objection to Claim No. 9 (set for 12/16/15)


RE PROP #       15   --   Value of this asset to be determined by ongoing litigation

RE PROP #       18   --   This asset is titled in the name of Brothers Mill and is a portion of asset # 15

Initial Projected Date of Final Report (TFR): 06/15/2013        Current Projected Date of Final Report (TFR): 12/31/2015

Trustee Signature:        /s/ MARIE E. HENKEL        Date: 10/30/2015

MARIE E. HENKEL
3560 S. MAGNOLIA AVE.
ORLANDO, FL  32806
(407) 438-6738
mehenkel@yahoo.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-04736 | | Trustee Name: | MARIE E. HENKEL |
|---|---|---|---|---|
| Case Name: | John Michael Eddy | | Bank Name: | Union Bank |
| | Nancy Elizabeth Eddy | | Account Number/CD#: | XXXXXX8286 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX5257 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/13 | 17 | U. S. TREASURY | Tax Refund | 1224-000 | $46,405.39 | | $46,405.39 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $53.40 | $46,351.99 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $62.29 | $46,289.70 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $68.87 | $46,220.83 |
| 05/01/13 | | ZIMMERMAN, KISER & SUTCLIFFE PA Trust Account 315 E. Robinson St., Ste. 600 Orlando, FL 32801 | TURNOVER PAYMENT 04/04/13 Order granting turnover<br>Asset # 7 : $ 17,780.00<br>Asset # 8 :     150.00<br>Asset # 9 :   7,070.00<br>Asset # 11 : 10,000.00 | | $35,000.00 | | $81,220.83 |
| | | | Gross Receipts        $35,000.00 | | | | |
| | 7 | | CHECKING ACCOUNT: NORTHERN TRUST CHECKING        $17,780.00 | 1129-000 | | | |
| | 9 | | HOUSEHOLD GOODS        $7,070.00 | 1129-000 | | | |
| | 8 | | APPLIANCES: 2 REFRIGERATORS, 1 FREEZER        $150.00 | 1129-000 | | | |
| | 11 | | JEWELRY        $10,000.00 | 1129-000 | | | |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $66.56 | $81,154.27 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $119.03 | $81,035.24 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $116.69 | $80,918.55 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $120.40 | $80,798.15 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $120.23 | $80,677.92 |
| | | | Page Subtotals: | | $81,405.39 | $727.47 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-04736 | Trustee Name: | MARIE E. HENKEL |
| --- | --- | --- | --- |
| Case Name: | John Michael Eddy | Bank Name: | Union Bank |
| | Nancy Elizabeth Eddy | Account Number/CD#: | XXXXXX8286 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5257 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $116.18 | $80,561.74 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $119.87 | $80,441.87 |
| 12/16/13 | 3001 | RICHARD B. WEBBER II c/o Richard B. Webber II 315 E. Robinson St. Ste. 600 Orlando, FL 32801 | ATTORNEYS' FEES 12/16/13 Order granting interim disbursement Subject to disgorgement | 3210-000 | | $27,375.00 | $53,066.87 |
| 12/16/13 | 3002 | RICHARD B. WEBBER II c/o Richard B. Webber II 315 E. Robinson St. Ste. 600 Orlando, FL 32801 | ATTORNEY'S COSTS 12/16/13 Order allowing interim disbursement Subject to disgorgement | 3220-000 | | $730.20 | $52,336.67 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $115.84 | $52,220.83 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.01 | $52,118.82 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.59 | $52,041.23 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.95 | $51,971.28 |
| 04/02/14 | 3003 | International Sureties Ltd. 701 Poydras St. Ste. 420 New Orleans, LA 70139 | 2014 Bond Payment | 2300-000 | | $75.82 | $51,895.46 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.32 | $51,818.14 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.65 | $51,743.49 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.00 | $51,666.49 |

Page Subtotals: $0.00    $29,011.43

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-04736 | | Trustee Name: | MARIE E. HENKEL |
| Case Name: | John Michael Eddy | | Bank Name: | Union Bank |
| | Nancy Elizabeth Eddy | | Account Number/CD#: | XXXXXX8286 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX5257 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.40 | $51,592.09 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.77 | $51,515.32 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.65 | $51,438.67 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.07 | $51,364.60 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.43 | $51,288.17 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.86 | $51,214.31 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.21 | $51,138.10 |
| 01/30/15 | 3004 | International Sureties Ltd. 228 St. Charles Ave. New Orleans, LA 70130 | Blanket Bond Payment for 2015 | 2300-000 | | $85.11 | $51,052.99 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.10 | $50,976.89 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.54 | $50,908.35 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.74 | $50,832.61 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.21 | $50,759.40 |

Page Subtotals:  $0.00    $907.09

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-04736 | Trustee Name: | MARIE E. HENKEL |
| Case Name: John Michael Eddy | Bank Name: | Union Bank |
| Nancy Elizabeth Eddy | Account Number/CD#: | XXXXXX8286 |
| | | Checking |
| Taxpayer ID No: XX-XXX5257 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 09/30/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/15 | 15 | Scott W Spradley<br>109 5th St.<br>Flagler Beach, FL  32136 | SALE OF ASSET | 1129-000 | $274,899.88 | | $325,659.28 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.53 | $325,583.75 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $349.77 | $325,233.98 |
| 08/06/15 | 3005 | Zimmerman Kiser & Sutcliffe<br>c/o Richard B. Webber II<br>315 E. Robinson St.<br>Ste. 600<br>Orlando, FL  32801 | Attorneys' Fees<br>07/23/15 Order allowing 2nd interim compensation<br>SUBJECT TO DISGORGEMENT | 3210-000 | | $135,502.00 | $189,731.98 |
| 08/06/15 | 3006 | Zimmerman Kiser & Sutcliffe<br>c/o Richard B. Webber II<br>315 E. Robinson St.<br>Ste. 600<br>Orlando, FL  32801 | Attorneys' Expenses<br>07/23/15 Order allowing 2nd interim compensation<br>SUBJECT TO DISGORGEMENT | 3220-000 | | $12,718.10 | $177,013.88 |
| 08/07/15 | 15 | Scott W Spradley Trust Account<br>109 S. 5th St.<br>Flagler Beach, FL  32136 | SALE OF ASSET<br>05/29/15 Order approving sale | 1129-000 | $174,204.43 | | $351,218.31 |
| 08/07/15 | 15 | The Brothers Mill Ltd.<br>46 Seton Trl<br>Unit 100<br>Ormond Beach, FL 32176 | Liquidated Asset Proceeds | 1229-000 | $7,461.05 | | $358,679.36 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $483.83 | $358,195.53 |
| 09/11/15 | 19 | The Brothers Mill Ltd<br>45 Seton Trl. Unit 100<br>Ormond Beach, FL 32176 | Dividend | 1223-000 | $1,840.00 | | $360,035.53 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $525.62 | $359,509.91 |

| | | |
|---|---|---|
| COLUMN TOTALS | $539,810.75 | $180,300.84 |
| Page Subtotals: | $458,405.36 | $149,654.85 |

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CDs | $0.00 | $0.00 |
| Subtotal | $539,810.75 | $180,300.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $539,810.75 | $180,300.84 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8286 - Checking | $539,810.75 | $180,300.84 | $359,509.91 |
|  | $539,810.75 | $180,300.84 | $359,509.91 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $539,810.75 |
| Total Gross Receipts: | $539,810.75 |

Trustee Signature:    /s/ MARIE E. HENKEL    Date: 10/30/2015

MARIE E. HENKEL
3560 S. MAGNOLIA AVE.
ORLANDO, FL  32806
(407) 438-6738
mehenkel@yahoo.com

Page Subtotals:    $0.00    $0.00